UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61165-KMM

HOWARD COHAN,

     Plaintiff,

vs.

R.G.H. Corporation
a Florida Profit Corporation
d/b/a LATIN AMERICAN GRILL

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, R.G.H. CORPORATION, a Florida Profit Corporation, d/b/a LATIN AMERICAN GRILL, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED September 14, 2023.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Raul Gastesi, Jr.** |
|---|---|
| Gregory S. Sconzo, Esq. | **RAUL GASTESI, JR.** |
| Florida Bar No.: 0105553 | Florida Bar No.: 825778 |
| Samantha L. Simpson, Esq. | **GASTESI LOPEZ & MESTRE, PLLC.** |
| Florida Bar No.: 1010423 | *Counsel for Defendant* |
| Sconzo Law Office, P.A. | 8105 N.W. 155th Street |
| 3825 PGA Boulevard, Suite 207 | Miami Lakes, FL 33016 |
| Palm Beach Gardens, FL 33410 | Tel: 305-818-9993 |
| Telephone: (561) 729-0940 | |
| Facsimile: (561) 491-9459 | |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Secondary Email: alexa@sconzolawoffice.com | |
| Attorneys for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**  /s/ Gregory S. Sconzo           **
**Gregory S. Sconzo, Esq.**